# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721



FILED

JAN 16 2008

Clerk, Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102

## CV 08    0289



JF

**RE:**   **LORENZO ARTEAGA vs. JAMES M. GEARY**
**USDC No.:**   1:07-CV-01880-LJO-DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated January 10, 2008, transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**January 10, 2008**      /s/ **M. Verduzco**
                          _____
                          Deputy Clerk

RECEIVED BY:   _____
               Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER:        _____

CLOSED, IFP_PENDING, PRISONER_CIVIL_RIGHTS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01880-LJO-DLB
## Internal Use Only

(PC) Arteaga v. Geary et al  
Assigned to: District Judge Lawrence J. O'Neill  
Referred to: Magistrate Judge Dennis L. Beck  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/27/2007  
Date Terminated: 01/10/2008  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Lorenzo Arteaga**  represented by  **Lorenzo Arteaga**  
E-66703  
Atascadero State Hospital  
P.O. Box 7001  
Atascadera, CA 93434  
PRO SE

V.

**Defendant**

**James M. Geary**

**Defendant**

**County of Santa Clara**

**Defendant**

**Board Of Supervisors**

**Defendant**

**Frank Hall**

**Defendant**

**Santa Clara County Dept of Corrections**

I hereby attest and certify on 1/10/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.  
VICTORIA C. MINOR  
CLERK, U.S. DISTRICT COURT  
EASTERN DISTRICT OF CALIFORNIA  
By_____ Deputy

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2007 | 1 | COMPLAINT against all defendants by Lorenzo Arteaga.(Esteves, C) (Entered: 01/08/2008) |
| 12/27/2007 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Lorenzo Arteaga. (Esteves, C) (Entered: 01/08/2008) |

| 01/08/2008 | 3 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Esteves, C) (Entered: 01/08/2008) |
|---|---|---|
| 01/08/2008 |   | SERVICE BY MAIL: 3 Prisoner New Case Documents for LJO served on Lorenzo Arteaga. (Esteves, C) (Entered: 01/08/2008) |
| 01/08/2008 |   | (Court only) ***STAFF NOTE: Case screened; order to transfer case to Northern District submitted to DLB/dm. (Esteves, C) (Entered: 01/08/2008) |
| 01/10/2008 | 4 | ORDER, CASE TRANSFERRED to District of CA, Northern District signed by Judge Dennis L. Beck on 1/10/08. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Verduzco, M) (Entered: 01/10/2008) |
| 01/10/2008 |   | SERVICE BY MAIL: 4 Order, Case Transferred Out to Another District served on Lorenzo Arteaga. (Verduzco, M) (Entered: 01/10/2008) |
| 01/10/2008 | 5 | TRANSMITTAL of DOCUMENTS on *1/10/2008* to * Clerk, Northern District of CA* *450 Golden Gate Ave.* *San Francisco, CA 94102*. ** *Electronic Documents: 1 to 4. *. (Verduzco, M) (Entered: 01/10/2008) |