NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO ARTEAGA, | ) | No. C 08-0289 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| JAMES M. GEARY, et al., | ) | |
| Defendants. | ) | |

On January 16, 2008, the instant civil rights action was transferred to this Court from the Eastern District of California. On that same day, the Court sent a notification to Plaintiff that he failed to pay the filing fee or submit a completed in forma pauperis application. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file a completed in forma pauperis application, with supporting documentation of his certificate of funds and a prisoner trust account statement showing transactions for the preceding six months, within thirty days.

As of the date of this order, Plaintiff has not paid the filing fee, nor filed a completed in forma pauperis application. The Court notes that Plaintiff is familiar with the Court's rules and requirements for the application to proceed in forma pauperis, as

1  Plaintiff has filed over thirty civil actions with this Court. Accordingly, this case is
2  DISMISSED without prejudice for failure to pay the filing fee or file a completed in
3  forma pauperis application.  The Clerk shall terminate any pending motions and close the
4  file.
5      IT IS SO ORDERED.
6  DATED:   2/26/08

_____
JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\cr.08\Arteaga289disifp        2

1  A copy of this ruling was mailed to the following:

2

3  Lorenzo Arteaga
   E-66703
   Atascadero State Hospital
4  P.O. Box 7001
   Atascadero, CA  93434

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.08\Arteaga289disifp        3