NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ARTEAGA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES M. GEARY, et al.,<br><br>　　　　　Defendants. | No. C 08-0289 JF (PR)<br><br>JUDGMENT |

　　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

　　　IT IS SO ORDERED.

DATED:   2/26/08

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\pro-se\sj.jf\cr.08\Arteaga289jud                1

1  A copy of this ruling was mailed to the following:

2

3  Lorenzo Arteaga
   E-66703
   Atascadero State Hospital
4  P.O. Box 7001
   Atascadero, CA  93434

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\cr.08\Arteaga289jud               2