Filed No Fee Taken

MAR 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  LORENZO ARTEAGA, Pro se; APQ381; 8820861; 9252622: Pending:
   SCL SUPER CT NOS: 161396; 138120; 125303; 98981/(2); CDC #E-66703
2  502 US 1090 to 139 LEd2d 9 & 139 LEd2d 892, 894:Appeal & 20 cross-petitions;
   885 No. San Pedro St.: ***TRANSFERRED in violation of EX PARTE ENDO (1944)
3  San Jose, CA 95110 *** 232 U.S. 283, 65 S.Ct. 208 [PH #: 805-468-2724]
   ***ILLEGALLY TRANSFERRED to: 10333 El Camino Real, ATascadero, CA 93423
4  ATTORNEY OF RECORD FOR PETITIONER-APPELLANT: LORENZO ARTEAGA 28 USCS §§1332; 1651(a) NCA #90cv20326 RFP

5              IN THE UNITED STATES DISTRICT COURT
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  LORENZO ARTEAGA,                  ) NO. C 08-289 JF(PR)
                                     ) LEAD DOCKET
8       Plaintiff/Petitioner,        ) ECA NOSS: CIVJS-07-1880 -LJO DLB
                                     ) NCA CROSS-PETITIONS LEAD DOCKET NO: C-90-20326 RFP etc
9  vs.                               ) THREE JUDGE COURT REQUESTED
                                     )
10 JAMES M. GEARY, et al.,           ) NOTICE OF APPEAL OF CLEARLY ERRONEOUS
                                     ) UNCONSTITUTIONAL "ORDER OF DISMISSAL" and
11      Defendants/Respondents.      ) "JUDGMENT" both filed FEBRUARY 26, 2008
   IN RE: LORENZO ARTEAGA,           ) TO THE USCA9 PENDING ALL TWENTY (20) PETITIONS
12 On Mandamus, Prohibition, timely REMOVAL ) AND CROSS-PETITIONS AND TIMELY APPEALS AND
                                     ) CROSS-APPEALS: IN RE: ARTEAGA, Nos. 91-6695;
13                                   ) 91-6696; 94-9212; 95-9260: 95-7417; to 96-9328;
                                     ) 96-9329; 96-9309; 97-5677; A-191; 97-6749 etc
14                                   ) 502 US 1090, 117 LEd2d 479, 112 SCt 1247 (2/24/92)
                                     ) to ARTEAGA v CAlifornia 139 LEd2d 9 (1997) and
15                                   ) ARTEAGA V USCA9; PETE WILSON, GOV. OF CA, et al,
                                     ) JAMES WARE, ET AL, JEREMY FOGEL, ET AL, RONALD M
16                                   ) WHYTE, ET AL, 522 US 446, 139 LEd2d 892, 894,
                                     ) 118 SCt 903 (2/23/98)(HON J STEVENS, DISSENTING)
17                                   ) SANTA CLARA COUNTY SUPERIOR COURT NOS:
                                     ) 161396; 138120; 125303; 98981; 98982; 5056 27 ;
18                                   ) 695214; etc
                                     ) CAAD6 Nos: H005397; H005398; H006 0 7 4; to
19                                   ) H007751; H012729; H016397 to H030968; H031585 etc
                                     /

20       NOTICE IS HEREBY GIVEN that Plasintiff and Petitioner LOEENZO ARTEAGA, pro se,
21 CALIFORNIA FORMAL JURY AND FORMAL CAAD6 APPELLATE APPOINTED ORIGINAL COUNSEL OF RECOR
22 in all supra original pending appeals and certiorari and cross-appeals and cross-petit-
23 ifons, HEREBY APPEALS AND CROSS-APPEALS to the USCA9 from ORDER OF DISMISSAL and JUDGMENT
24 supra filed FEBRUARY 26, 2008 pending first-in-time ECA NOS: CIVJS-91-552 EJG;
25 CIVS-91-553 LKK; CIVS-92-27 LKK to and including CIVS-07-1880 LJO DLB; and
26 CIVS-07-1581 OWW GSA etc, TIMELY FEDERAL DIVERSITY , TIMELY REMOVAL OF CRIMINAL
27 PROSECTUIIONS, NCA NOS: C-90-20 257 RFP; C-90-20326 RFP; C-91--583 RFP: C-91-594 RFP;
28 C-91-2534 RFP; C-91-1099 RFP; C-91-1171 RFP to and C-06-1968 JF; C-06-5824 JF etc
   DATED: MARCH 7, 2008.
                                     LORENZO ARTEAGA Pro se; COUNSEL OF RECORD, ALL SUPRA

**Filed**
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

1  LORENZO ARTEAGA, Pro se; APQ381; 8820861; 9252622: Pending:
   SCL SUP CT NOS: 125303; 98981/(2); 138120; 161396; CDC # E-66703
2  502 US 10090 to 139 LRt2d 9 & 139 LRt2d 892: Appeal & 20 cross-petitions
   885 No. San Pedro St.: ***TRANSFERRED in violation of EX PARTE ENDO (1944)
3  San Jose, CA 95110 *** (1944) 323 U.S. 283, 65 S.Ct. 208
   ***ILLEGALLY TRANSFERRED to: 10333 El Camino Real, Atascadero, CA 93423
4  ATTORNEY OF RECORD FOR PETITIONER-APPELLANT: LORENZO ARTEAGA 28 USCS §§1332; 1651(a) NCA #5:90cv20326 RFP etc

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  LORENZO ARTEAGA,                    )  NO. C 08-289 JF(PR)
                                       )  ECA Pending NO: CIV-S-07-1880-LJO DLB
8       Plaintiff and Petitioner,      )  CROSS-PETITIONS TRANSFERRED TO SACRAMENTO APRIL 1991
        Cross-Plaintiff and Cross-Petitioner, )  NOS: CIVS-91-552 EJG; CIVS-91-553 LKK; CIVS-92-27 LKK etc
9                                      )  CIVS-95-1784 LKK to CIVS-04-144 FCD; CVF-96-5670-OWW etc
   vs.                                 )  CIVS-07-1880 LJO; CIVS-07-1581 OWW; CIVS-08-89 GEB etc
10                                     )  [PENDING APPEALS & CROSS-APPEALS & CROSS-PETITIONS US SCT]
   JAMES M. GEARY, et al.,             )
11                                     )  NOTICE OF MOTION AND MOTION FOR NEW
        Defendants and Respondents,    )  TRIAL OF THE UNCONSTITUTIONAL, CLEARLY ERRONEOUS "ORDER
12      Cross-Defendants and Cross-Respondents.) OF DISMISSAL" and "JUDGMENT" FILED FEBRUARY 26, 2008 PENDING
                                          TIMELY FILED FEDERAL DIVERSITY AND TIMELY FILED NOTICE(S)
13                                        OF REMOVAL AND SUPPLEMENTALS TITLE 28 USCS §§1332; 1331;
                                          1257(a); 1254(1); 1343; 1443(3); 1446(e),(a); 1447(d);
14                                        1367(a); 1651(a); 2241-2254; 2255 NCA LEAD DOCKET
                                          NOS: C-90-20326 RFP; 5:90-cv-20326 RRP; C-90-20557 RFP;
15                                        5:90-cv-20257 RFP; C-91-583 RFP; C-91-594 RFP; C-91-2534 RFP
                                          C-91-1099 RFP; C-91-1171 RFP; C-93-20134 RMW; C-93-20240 RMW;
16                                        C-93-20745 RMW; C-93-20767 RMW; C-93-20907 RMW; C-94-1575 FMS;
                                          C-94-3046 FMS; C-94-4466 FMS; C-94-20239 RMW; C-95-64 FMS;
17                                        C-95-20079 RMW; C-96-20026 RMW; C-96-20935 RMW; C-96-20969 RMW;
                                          C-96-20877 RMW; C-97-2622 FMS; C-97-20665 RMW; C-97-21084 RMW;
18                                        C-98-20660 RMW/JF(PR); C-98-20918 JF; C-98-21096 JF etc;
                                          C-00-20991 JF; C-00-21103 JF; C-01-20824 JF; C-02-2676 JF;
19                                        C-03-5152 JF; C-04-13 CRB MISC; C-04-1955 JF; C-04-3713 JF etc;
                                          C-05-3767 JF; C-06-1968 JF; C-06-5824 JF; C-06-7238 JF etc
20                                        UNCONSTITUTIONALLY VEXATIOUSLY TRANSFERRED TO SACRAMENTO
                                          APRIL 1991 ECA CROSS-PETITIONS NOS: CIVS-91-552 EJG;
21                                        CIVS-91-553 LKK; CIVS-92-27 LKK to CIVS-07-1880 LJO;
                                          CIVS-08-89 GEB etc: Pending NECESSARY JOINDER & CONSOLIDATION
22                                        TO IMMEDIATELY ISSUE UNCONSTITUTIONALLY SUSPENDED 1984 to 1990
                                          GREAT WRIT OF HABEAS CORPUS 28 USCS §§1446(e); 1447(d) etc
23                                        AND TO IMMEDIATELY RELEASE LORENZO ARTEAGA, A POLITICAL
                                          PRISONER OF RESPONDENTS AND DEFENDANTS IN RE: ARTEAGA, Nos:
24                                        91-6695; 91-6696, 502 US 1090, 117 LRt2d 479, 112 SCt 1247
                                          (2/24/92) to and including ARTEAGA v USCA9, PETE WILSON, GOV
25                                        OF CALIFORNIA (CALIFORNIA ET AL): 139 LRt2d 9 (1997) and
                                          522 US 446, 139 LRt2d 892, 894, 118 SCt 903 (2/23/98)(HON. J.
26                                        STEVENS, DISSENTING): Pending: all 20 cross-petitions/appeals
                                          / supra, Pro se: SCL SUP CT NOS: 161396; 138120; 125303; 695214 etc

27      COMES NOW LORENZO ARTEAGA , pro se counsel of record, all supra, and moves as captioned for

28  new trial to vacate ORDER OF DISMISSAL and JUDGMENT filed FEBRUARY 26, 2008 on all records on file/pending.
    I declare under penalty of perjury that the foregoing is true and correct.
29  EXECUTED: MARCH 7, 2008.
                                                    *Lorenzo Arteaga*
                                        LORENZO ARTEAGA, Pro se: COUNSEL OF RECORD: All supra pending

NCA NO: C-08-289 JF(PR)

VERIFICATION
(C.C.P. §§446; 2015.5;
28 U.S.C. §1746

*Filed MAR 1 2 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

I, LORENZO ARTEAGA, declare under penalty of perjury that:

I am the original jury trial, formal sentencing, formal post-trial motions, court-appointed counsel of record and also the direct aggregate criminal retrials double jeopardy STATE OF CALIFORNIA COURT of APPEAL, FOR THE SIXTH APPELLATE DISTRICT court-appointed competent Appellate-appointed counsel of record in all on-going original proceedings in the attached matter; I have read the foregoing documents and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could and would do so competently as a sworn witness.

EXECUTED MARCH 7, 2008 at SAN LUIS OBISPO COUNTY, STATE OF CALIFORNIA   :LORENZO ARTEAGA, Pro se
                                                                              attorney of record

---

Proof of Service
28 USCS §1746
(Houston v Lack (1988) 487 U.S. 266)
(BOUNDS v SMITH 97 SCt 1491)

I, LORENZO ARTEAGA, declare under penalty of perjury that I am a resident of SAN JOSE, SANTA CLARA COUNTY, presently falsely imprisoned at SAN LUIS OBISPO COUNTY, Atascadero State Hospital where I was illegally transferred pending HABEAS CORPUS 28 USCS §§1332; 1331; 1257(a); 1651(a); 2241-2254; 2255 [Effective 1981 LAW OF CASE] also in violation of the holding in EX PARTE ENDO (1944) 323 U.S. 283, 65 S.Ct. 208 CAUSE AND PREJUDICE ON-GOING pending all 20 timely petitions and cross-petitions and appeals and cross-appeals in the SUPREME COURT OF THE UNITED STATES: IN RE: ARTEAGA, 502 US 1090, 117 LEd2d 479, 112 SCt 1247 (2/24/92) to ARTEAGA v CALIFORNIA (1997) 139 LEd2d 9 and LORENZO ARTEAGA, Petitioner vs. USCA9; PETE WILSON, GOVERNOR OF CALIFORNIA, and all successors in office and chain conspirators JAMES WARE, ET AL, JEREMY FOGEL, ET AL., 522 US 446, 139 LEd2d 892, 894, 118 SCt 903 (2/23/98)(HON. J. STEVENS, DISSENTING);

I further declare that on MAY 16, 2005 to and including JUNE 6, 2007 and MARCH 7, 2008, I served the attached documents entitled:
  1) NOTICE OF MOTION AND MOTION FOR NEW TRIAL OF THE UNCONSTITUTIONAL, CLEARLY ERRONEOUS "ORDER OF DISMISSAL" and "JUDGMENT" Filed FEBRUARY 26, 2008 PENDING TIMELY FILED FEDERAL DIVERSITY AND TIMELY FILED NOTICE(S) OF REMOVAL AND SUPPLEMENTALS TITLE 28 USCS §§1332; 1331 etc
  2) NOTICE OF APPEAL OF CLEARLY ERRONEOUS UNCONSTITUTIONAL "ORDER OF DISMISSAL" and "JUDGMENT" FILED FEBRUARY 26, 2008 etc
  3) APPLICATION FOR IMMEDIATE RELEASE FROM ON-going false IMPRISONMENT etc
  4) APPLICATION FOR RE-ISSUANCE OF THE TIMELY CERTIFICATE OF PROBABLE CAUSE issued by the original assigned federal senior district court judge HONORABLE ROBERT F PECKHAM ORDER #28 filed MARCH 10, 1992 and ORDER #30 filed AUGUST 3, 1992 but NEVER SERVED upon petitioner as it was illegally deliberatley concealed by respondents STATE OF CALIFORNIA and PEOPLE OF THE STATE OF CALIFORNIA, JAMES M. GEARY, ET AL., SANTA CLARA COUNTY, et al,
  5) DECLARATION IN SUPPORT
  6) MEMORANDUM OF POINTS AND AUTHORITIES
  7) NOTICE OF REMOVAL (SUPPLEMENTAL) etc 28 USCS §§1332; 1332; 1343; 1443(3); 1446(e),(a) etc
I served the foregoing on all counsel of record since NCA LEAD DOCKET NO. C-90-20326 RFP; C-90-20257 RFP; C-91-583 RFP; C-91-594 RFP to C-93-20134 RMW; C-93-20240 RMW; C-93-20745 RMW etc to C-06-1968 JF; C-06-5824 JF; C-06-7238 JF; C-08-289 JF(PR) etc, including:
1) CALIFORNIA ATTORNEY GENERAL: KIM SETTLES DAG & DAVID H ROSE, DAG, DANIEL E LUNGREN to JERRY BROWN, 450 Golden Gate Ave, SF, CA 94102;   2) DA JANET HEIM AND RAY MENDOZA and VICTORIA C DWINNELLS and LEO HIMMELSBACH to GEORGE KENNEDY and CARR et al, 70 W HEDDING ST, SJ, CA 95113; 3) CAAD6: PJ NAT AGLIANO to CHRISTOPHER C COTTLE & SUCCESSOR DISQUALIFIED PJ CONRAD L RUSHING; MICHALE J YERLY, CLERK/W MAGSAYSA 333 W. santa Clara St., SJ, CA 95113 (suite 1060); 4) SDAP: MICHAEL A KRESSER EXEC DIR; 5) RUDY KRAFT,
I declare under penalty of perjury the foregoing is true and correct: MARCH 7, 2008  LORENZO ARTEAGA

LORENZO ARTEAGA, Pro se; AFQ381; 8820861; 9252622; pending:
SCL SUPER CT NOS: 125303; 138120; 161396; 98981/(2); 695214; CDC #E-66703
502 US 1090 to 139 LEd2d 9 & 139 LEd2d 892; appeal & 20 cross-petitions
G570049-9;
10333 El Camino Real
UNIT 2
Atascadero, CA 93423

C O N F I D E N T I A L
ATTORNEY/CLIENT PRIVILEGED
FIRST CLASS LEGAL MAIL*POSTAGE PREPAID
OFFICIAL BUSINESS REPLY: FEB 29, 2008
See WESTLAW:
"QUERY-TI(ARTEAGA/5 LORENZO) DATABASE(S)-ALLCASES"
NCA Lead Docket NOS: C-90-20326 RFP; C-90-20257 RFP
C-91-583 RFP; C-91-594 RFP; C-91-2534 RFP etc to
C-06-1968 JF; C-08-289 JF etc: RCA #CIV5-91-552 EG etc
CIV5-91-553 LKK; CIV5-92-27 LKK to CIV5-07-1880 LJO DLB etc

Attn:

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
GORDANA MACIC, CASE SYSTEMS ADMINISTRATOR
OFFICE OF THE CLERK
280 So. 1st St., Room 2112
San Jose, CA 95113

MAILED FROM ZIP CODE 93422
$ 00.41⁰
MAR 10 2008
PITNEY BOWES
02 1M
0004217465

9511383005 0060