UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 14, 2008

**CASE INFORMATION:**
Short Case Title:  <u>LORENZO ARTEAGA</u>-v- <u>JAMES M. GEARY</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose; Jeremy Fogel</u>
Criminal and/or Civil Case No.:  <u>CV 08-00289 JF</u>
Date Complaint/Indictment/Petition Filed: <u>1/16/2008</u>
Date Appealed order/judgment *entered* <u>2/27/2008</u>
Date NOA *filed* <u>3/12/2008</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)      ☐ denied in full (send record)
                           ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>N/A</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                       Date Docket Fee Billed:
Date FP granted:                            Date FP denied:
Is FP pending? ☐ yes  ☐ no                                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Lorenzo Arteaga E-66703                    Appellee Counsel:
Atascadero State Hospital
P.O. Box 7001
Atascadero. CA 93434

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Gordana Macic</u>
                                                    408-535-5382