RECEIVED
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**FILED**

UNITED STATES COURT OF APPEALS

APR 17 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LORENZO ARTEAGA,<br><br>Respondent | No. 95-80113<br><br>D.C. No. CV-08-289-JF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed March 12, 2008 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). All pending motions are denied as moot.

A copy of this order served on the district court for the Northern District of California shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

SVG/Pro Se