UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street, Room 1501
Fresno, CA 93721
(559) 499-5600

U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

*C08-289 JF*
*C08-289-JF*

RE: Lorenzo Arteaga v. James M. Geary, etal.

Dear Clerk,

      Enclosed for filing a Notice of Appeal for your court. This filing was received in our court on March 13, 2008. Per staff attorney on our Case No. 07-cv-1880-LJO-DLB (PC) (FRESNO CASE) this filing is now forwarded to your court.

Sincerely,

Victoria C. Minor, Clerk

By: S. Martin, Deputy Clerk

1  LORENZO ARTEAGA, Pro se; APO381; 8820861; 9252622: Pending:
   S'CLARA SUP CT NOS: 161396; 138120; 125303; 98981/(2); CDC #E-66703
2  502 US 1090 to 139 LEd2d 9 & 139 LEd2d 892, 894:Appeal & 20 cross-petitions
   885 No. San Pedro St.: ***TRANSFERRED in violation of EX PARTE ENDO (1944)
3  San Jose, CA 95110 *** 323 U.S. 283, 65 S.Ct. 208   [PH #:805-468-2724]
   ***ILLEGALLY TRANSFERRED to: 10333 El Camino Real, Atascadero, CA 93423
4  ATTORNEY OF RECORD FOR PETITIONER-APPELLANT: LORENZO ARTEAGA 28 USCS §§1332; 1651(a) NCA #5:90cv20326 RFP etc

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7  LORENZO ARTEAGA,                  ) NO. CIV.S-07-1880-LJO DLB
                                     ) 1:07-cv-1880-LJO DLB ;CROSS-PETITION:NCA #C-08-289 JF etc
8              Plaintiff & Petitioner,) THREE JUDGE COURT REQUESTED
                                     )
9  vs.                               ) NOTICE OF APPEAL OF CLEARLY ERRONEOUS
                                     ) UNCONSTITUTIONAL "ORDER TRANSFERRING
10 JAMES M. GEARY, et al,            ) CASE TO THE NORTHERN DISTRICT OF
                                     ) CALIFORNIA" FILED AND ENTERED JANUARY 10,
11             Defendants & Respondents.) 2008 TO RESPONDENT AND DEFENDANT JUDGE JEREMY FOGEL
   IN RE: LORENZO ARTEAGA,             WHO IS SPECIFICALLY INCLUDED IN THE TIMELY FILED NCA
12 On Mandamus, Prohibition, timely REMOVAL, "ORDER OF DISQUALIFICATION" NO. C-98-20660 RMW/JF(PR)
   FEDERAL DIVERSITY, CORAM NOBIS and  FILED ON AUGUST 24, 1998—SIX (6) MONTHS AFTER HE ET AL
13 HABEAS CORPUS: thorough exhaustion  DEFENDANTS IRREPARABLY DELIBERATELY CONSPIRED TO
   Title 28 USCS §§1257(a); 1254(1); 1332; 1331 PREJUDICE AND DEFAULT ALL TWENTY (20) TIMELY FEDERAL
14 1651(a); 1343; 1443(3); 1367(a); 2241-2254; DIVERSITY AND TIMELY REMOVAL CALIFORNIA SUPERIOR COURT
   CALIFORNIA SUPREME COURT EN BANC DENIED DOUBLE JEOPARDY EX POST FACTO TIME BARRED MALICIOUS
15 WITHOUT A PLAIN STATEMENT HABEAS CORPUS SANTA CLARA COUNTY RETRIALS NOS: 125303; 98981; 98982;
   DIRECT APPEAL AND AGGREGATE APPEALS AND 138120 (ABSTRACT OF JUDGMENT: 8/27/90; 01/03/91; 07/09/92;)
16 DIRECT CRIMINAL REVIEW AND ALL CROSS- AND PC §669; 794; 1118.2; 1118.1; 681; 3; 804(a)—(d);
   PETITIONS NOS: S010471; S016798; S018576; 805.5(c)(2) COVER-UP RETRIAL NO: 161396 (12/04/92 to
17 S018577; S017770; S022848; S028858 (Nos: 3/24/94 etc; CT 1 to CT 2059 CERTIFIED OCT 18, 1994 ON
   161396; 138120; 125303; 98981; 98982; etc DIRECT AGGREGATE CRIMINAL APPEAL CAAD6 Nos: H012729;
18 SF031490; S031507 to S045783; S057414; H016397; H007751; H005397; H005398 to H030968; H031585 etc
   S058151; S057912; S045783; S059401; S112664 CASC NOS: S045783; S057414; S058151; S057912; S010471 etc
19 S149117; S149319; S157806 etc S045783 etc S017770; S020235; S018576; S018577 to S149319; S157806 etc
   CAAD6 Nos: H005397; H005398; H006074 to SEE WESTLAW: U.S. SUPREME COURT RULES 12.4; 18.2; 23; 36; 20; 48:
20 H007751; H012729; H016397; H030968; "QUERY-TI(ARTEAGA/5 LORENZO) DATABASE(S)-ALLCASES"
   H031585 etc: Pending appeals and cross- PENDING APPEAL AND CROSS-APPEALS AND ALL TWENTY (20)
21 appeals and certiorari: Pro se: TIMELY PETITIONS AND CROSS-PETITIONS FOR EXTRAORDINARY
   502 US 1090 to 139 LEd2d 9 (1997) and WRIT OF PROHIBITION, MANDAMUS, HABEAS CORPUS IN UNITED
22 522 US 446, 139 LEd2d 892, 894, 118 SCt STATES SUPREME COURT NOS: 91-6695; 91-6696; 94-9212; 95-9260;
   903 (2/23/98)(HON. J STEVENS, DISSENTING) 95-7417; 96-8141; 96-8146; 96-8288; 96-8289 etc 96-9328;
23 All 20 crioss-petitions at-issue jointly, 96-9329; 96-9309; 96-9513; 97-5677; 96-8700; A-191; 97-6749 etc
   individually and severally: Pro se      FRAP RULES 3; 4(a); 4(b)(1) to 4(b)(4); 8; 9; 10; 11(g); 21;
24                                      / 22; 23; 24(a); 35; [EFF 1982 LAW OF THE CASE: JURISDICTIONAL]

25     NOTICE IS HEREBY GIVEN that Plaintiff and Petitioner, LORENZO ARTEAGA, pro se CALIFORNIA formal jury

26 and formal CAAD6 appointed counsel of record and of record in U.S. SUPREME COURT, all supra pending,

27 APPEALS AND CROSS-APPEALS to the USCA9 from ORDER filed JAN 10, 2008 and from the whole thereof.

28 DATED: MARCH 7, 2008.                                  /s/ Lorenzo Arteaga
                                                LORENZO ARTEAGA, Pro se: COUNSEL OF RECORD, all supra

RECEIVED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

NCA NO: CIVS-07-1880 LJO DLB

CAAD6 NOS: H012729 AGGREGATE CRIMINAL DOCKET with: H016397; H007751, etc incorporat
SUPER COURT Nos: 125303; 98981; 98982; 505627; 138120; 161396 Last in-time

DECLARATION OF SERVICE
Title 28 USCS §1746
Houston v. Lack (1988) 487 US 266;

H005397; H012729; H016397; H039068
H007751 to H031585 etc

I do declare under penalty of perjury under the laws of the

State of Califonria:

I am the petitiioner proceeding pro se and in propria persona

and in forma pauperis in the foregoing action; my present

mailing address is 885 North San Pedro Street, San Jose, CA 95110

1)
On MARCH 7, 2008. I served the attached and foregoing NOTICE OF APPEAL etc
2) IN FORMA PAUPERIS APPLICATION 28 USCS §1915 etc; 3) NOTICE OF REMOVAL etc; 4) PRELIMINARY INJUNCTION APPEAL etc
5) PETITION FOR WRIT OF MANDATE/PROHIBITION by placing a true copy
6) OBJECTIONS TO MAGISTRATE JUDGES etc; 7) DECLARATION IN SUPPORT & P&A's etc; 8) MOTION FOR NEW TRIAL etc
of said document in a sealed envelope with postage prepaid first

class thereon, in the United States mail at San Jose, Santa Clara

8) ALSO SERVED: APPLICATION FOR IMMEDIATE
County, California, addressed as follows:   RELEASE PENDING APPEAL & CERTIORARI etc
9) APPLICATION FOR CERTIFICATE OF PROB CAUSE

1. KIM SETTLES, State Bar NO. 116945, Deputy Attorney General,

2101 Webster Street, 12st Floor, Oakland, CA 94612-3049; and a

copy to: AG, 455 Golden Gate Av, Ste 1100, San Francisco, CA 94102-3664 D LUNGREN to J BROWN

2. HON. JAMES WARE, ABSTRACT OF JUDGMENT NO. 138120 (8/27/90),
   AMENDED EX PARTE prejudicially and without legal service or
   legal notice (01/03/91) and agbain (07/09/92), 115 Terraine St., SJ, CA
   c/o: PC §669 SUCCESSIVE DOUBLE JEOPARDY EX POST FACTO RESENTENCING JUDGE:

3. HON. GREGORY H. WARD, ABSTRACT OF JUDGMENT NO. 161396 (3/24/94)
   115 Terraine Street, San Jose, CA 95113

4. ALL JUDGES OF RESPONDENT SUPERIOR COURT, SUPRA, successors in office, chain conspirators,
   joint tort feasors, principals, accomplices, accessories both before, during and or after
   the fact: RONALD M. WHYTE, JEREMY FOGEL, SOCRATES MANOUKIAN, PAUL BERNAL, ALFONSO FERNANDEZ,
   KEVIN MURPHY, JAMES C. EMERSON, to and including ALDEN DANNER, et al., and JOYCE ALLEGRO,
   DEPT. #34, 190 West Hedding Street, San Jose, CA 95110 and 191 N. 1st St., SJ, CA 95113-1090

4A. ANN MILLER RAVEL CO COUNSEL successor to MASTERSON, BEGLAU, et al., C-90-20326RFP; C-90-20257R

5. supra ALTER EGOS, agents, employees, chain conspirators, joint tort feasors, accomplices,
   accessories, principals, MARY J. GREENWOOD, #99728, JENNIFER HULTGREN #182055
   SUSAN SHORES #126538, SANTA CLARA COUNTY LAW OFFICES OF THE PUBLIC DEFENDER, et al.,
   PEGGY BANKS _____, et al., 120 W Mission St, SJ, CA 95110 & RUDY KRAFT POB 1677 SAN LUIS OBISPO CA
   and DA GEORGE KENNEDY, RAYMUNDO MENDOZA, RANDY HEY, JANET HEIM, PAUL COLE, et al., 70 W Hedding St., 93406

6. USCA9 ; 6a. CAAD6 333 W S'Clara St, SJ, CA
7. US SCT CT, WA, DC  7a) SDAP: M. KRESSER    LORENZO ARTEAGA, Pro se
8. US SOLICITOR GENERAL, WA, DC              COURT-APPOINTED COUNSEL OF RECORD
9. USDC C CA; & NCA & ECA   9a. DA 70 W Hedding St, SJ, CA 95110; 9b. CLERK: 191 No. 1st St, SJ, CA
10. U.S. MARSHAL, SUPREME COURT OF THE UNITED STATES, WA, DC 20543-0001
11. All counsel of record respondents and defendants since NCA LEAD DOCKET NOS: C-90-20326 RFP; C90-20257 RFP
    C-91-583 RFP; C-91-594 RFP to C-06-1968 JF; C-06-7238 JF; C-06-5824 JF; C-08-289 JF(PR) etc and
    defendants/respondents at ORDER OF DISQUALIFICATION NCA NO: C-98-20660 RMW/JF(PR) filed 8/24/98:
    including JEREMY FOGEL, 280 So. 1st St., Room 2112, San Jose, CA 95113; JAMES WARE, RONALD M WHYTE et a
    JON DE MORALES, EXEC DIR, GOV. ARNOLD SCHWARZENEGGER, ET AL, PETE WILSON, ET AL, G DEUKMEJIAN et al

3/7/08   [signature]  Pro Se

| | |
|---|---|
| **LORENZO ARTEAGA** <br> *Petitioner* <br> JAMES M. GEARY, ET AL., PEOPLE OF THE STATE OF CA ET AL., <br> STATE OF CALIFORNIA, et al; <br> *Respondent(s)* | ECA NO: CIV.S-07-1880 LJO ETC/NCA #C-08-289 JF <br> **DECLARATION IN SUPPORT** <br> **OF REQUEST** <br> **TO PROCEED** <br> **IN FORMA PAUPERIS** |

I, __LORENZO ARTEAGA   E-66703__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. And IMMEDIATE ENTRY OF JUDGMENTS OF ACQUITTAL SCL SUP CT NOS: 161396 & 138120 retrials 125303etc and IMMEDIATE RELEASE FROM FALSE ARREST/IMPRISONMENT. 4th;5th;6th;7th;8th;9th;13th;14th USCS; ART I §9, cl 1, cl 2; ART I §10; ART III, §2; ART IV §2; ART VI §2 and HABEAS CORPUS unconstitutionally suspended, see WESTLAW:

1. Are you presently employed? ☒ Yes ☐ No    "QUERY-TT(ARTEAGA/5 LORENZO) DATABASE(S)-ALLCASES" at-issue.
   Pro se: ORIGINAL COURT APPOINTED COUNSEL OF RECORD, all supra

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _As original CALIFORNIA TRIAL COURT appointed counsel of record: Pro se & In Propria propria persona & CAAD6 appointed counsel of record: I have received NO SALARY OR WAGES._

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __does not apply__

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment? ☐ Yes ☒ No
   b. Rent payments, interest or dividends? ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
   d. Gifts or inheritances? ☐ Yes ☒ No
   e. Any other sources? ☒ Yes ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _I have received $5 money orders for payment in full of HABEAS CORPUS NOS C-06-5824 JF and C-06-7238 JF and C-06-1968 JF but said money orders have been stolen by respondents & their agents/chain conspirators:CAUSING MY ON-GOING FALSE IMPRISONEMNT. 4th; 5th; 14th USCS now at ASH where they have extended said Title 18 USCS §§241-242; 1623; 1001(a);APPLYING INAPPLICABLE PC §2970 etc_

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☒ No _I only have legal and doumentary evidence I have timely reported pending habeas corpus and appeal and certiorari: SUPER CT NOS: 161396; 138120; 125303 etc; H031585 etc: C06-1968JF et_

   If the answer is yes, state the total value of the items owned: _c. 65 legal boxes approx. value: more than $100,000,000.00 also at-issue._

RECEIVED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☒ Yes  ☐ No

   If the answer is yes, describe the property and state its approximate value: I own approximately 65 LEGAL BOXES OF COURT RECORDS AND COURT TRANSCRIPTS AND RULES 33.1 RULES OF THE SUPREME COURT OF THE UNITED STATES EXCULPATORY RELEVANT MATERIAL EVIDENCE RESPONDENTS ARE ILLEGALLY SUPPRESSING from me valued in excess of $100,000,000.00 and within minimum jurisdictional limits of US DISTRICT COURTS, also at-issue, supra.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: My family and children who receive no support from me due to my on-going false arrest and false imprisonment under wrongful color of authority of the STATE OF CALIFORNIA, at-issue timely removal of criminal prosecutiios Nos: 161396; 138120; 125303; 98981/(2); 695214; 505627; etc, supra NOS: C-06-5824 JF; C-06-7238 JF; C-06-1968 JF etc from C-90-20326 RFP etc

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on OCTOBER 31, 2007                    *[signature]*
            Date                                   Signature of Petitioner
                                                LORENZO ARTEAGA, Pro se
                                                ATTORNEY OF RECORD: all proceedings

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 00.00 on account to his credit at the ATASCADERO State Hospital institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

11-5-07                                          *[signature]* MPO Acting Trust Officer
Date                                             Authorized Officer of Institution/Title of Officer

```
****************************************************************************
*  CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS  *
*      CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN       *
*   ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).   *
****************************************************************************
TR150                                                              PAGE    1
13:47:25                                                           11/05/2007


                           ATASCADERO STATE HOSPITAL
                          TRUST ACCOUNT/CASHIERS' SYSTEM
                      LEDGER ACTIVITY 05/05/2007 TO 11/05/2007


PATIENT: 057049-9  ARTEAGA, LORENZO              WARD NO: 02
                                                 ADMIT: 06/06/2007
=============================================================================
    DATE   |  DOCUMENT   |  DEPOSIT  |  WITHDRAW  | ENCUM- |  CURRENT  |  COMMENTS
           |    NO.      |           |            | BRANCE |  BALANCE  |
=============================================================================
  7/ 6/07    18 -070607      12.50                            12.50      $12.50 RECEIPT
  7/20/07    16 -265486       0.07                            12.57     NEW ADMIT
  7/28/07    13 -143721                  12.40                 0.17     Canteen disb
  7/28/07    13 -143724                   0.17                 0.00     Canteen disb
  8/ 6/07    18 -080607      12.43                            12.43      $12.50 RECEIPT
  9/ 1/07    13 -153122                  10.75                 1.68     Canteen disb
  9/ 6/07    18 -090607      12.50                            14.18      $12.50 RECEIPT
  9/15/07    13 -156836                   6.50                 7.68     Canteen disb
  9/15/07    13 -156837                   5.00                 2.68     Canteen disb
  9/15/07    13 -156838                   2.00                 0.68     Canteen disb
  9/15/07    13 -156840                   0.68                 0.00     Canteen disb
 10/ 5/07    18 -100607      12.50                            12.50      $12.50 RECEIPT
 10/ 6/07    13 -162490                  10.50                 2.00     Canteen disb
 10/ 6/07    13 -162491                   2.00                 0.00     Canteen disb

-----------------------------------------------------------------------------
CURRENT BALANCE   -    OUTSTANDING CHARGES   -    HOLDS  =   AVAILABLE BALANCE
     0.00                       0.00                0.00              0.00
-----------------------------------------------------------------------------
```

DATE: 11-5-07

THIS IS A CERTIFIED COPY OF
THE ABOVE-NAMED PATIENT'S
HOSPITAL ACCOUNT.

*[signature] Acting Trust Officer*

**UNITED STATES COURTS**
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO, CALIFORNIA 93721

OFFICIAL BUSINESS

**RECEIVED**
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Hasler
016H16505538
Mailed From: 93721
03/24/2008
$00.580
US POSTAGE

34102+3661

US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489